ACCEPTED
15-25-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 11:52 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00132-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 11:52:20 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS, AUSTIN, TEXAS

John Eric Anderson
*Appellant*,

v.

State of Texas, et al.
*Appellees*.

On Appeal from the 98th Judicial District Court,
Travis County, Texas, Cause No. D-1-GN-001988

## APPELLEES' DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Please take notice that, Assistant Attorney General Jacob I. Pons is no longer employed by the Attorney General's Office.

Service of all pleadings, papers, orders, and documents required to be served in this action should be served on Assistant Attorney General Kyle A. Perkins, who is hereby designated as attorney in charge for Appellees - Defendants State of Texas and Bryan Collier under Rule 8 of the Texas Rules of Civil Procedure.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief
Law Enforcement Defense Division

*/s/ Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General
Texas State Bar No. 24144087
Kyle.perkins@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-2080 | Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **Kyle A. Perkins**, Assistant Attorney General of Texas, certify that a correct copy of the foregoing has been served on Plaintiff by placing it in the United States Mail, Certified Return Receipt Requested, within one business day of November 7, 2025, addressed to:

John Eric Anderson TDCJ # 00552116      CM/RRR 9589 0710 5270 1184 9749 17
TDCJ – LeBlanc Unit
3695 FM 3514
Beaumont, TX 77705

**PLAINTIFF PRO SE**

/s/ *Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Kyle Perkins
Bar No. 24144087
gloriana.ojeda@oag.texas.gov
Envelope ID: 107798530
Filing Code Description: Other Document
Filing Description: DRAFT Anderson  Appellees Designation of AIC
Status as of 11/7/2025 12:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Perkins | 24144087 | Kyle.Perkins@oag.texas.gov | 11/7/2025 11:52:20 AM | SENT |
| Margaret Espino | | Margaret.Espino@oag.texas.gov | 11/7/2025 11:52:20 AM | SENT |